# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SHERRON H. WILKINSON,**
Appellant,

v.

**NEW YORK COMMUNITY BANK,** n/k/a **FLAGSTAR BANK, N.A.,**
Appellee.

No. 4D2024-2889

[January 29, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Carolyn R. Bell, Judge; L.T. Case No. 502024CA004094.

Sherron H. Wilkinson, Palm Beach Gardens, pro se.

Kristen M. Fiore of Akerman LLP, Tallahassee, and Erin Maddocks of Akerman LLP, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CONNER and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***